**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

CASE NO.: **12-29562-RAM**

☐ ____1st____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Lazaro R. Santana                                CO-DEBTOR: Clara L. Santana
Last Four Digits of SS# xxx-xx-9012                      Last Four Digits of SS# xxx-xx-7587

☐ This document is a plan summary. Additional data on file in clerk's office attached to original plan.

**MONTHLY PLAN PAYMENT:** Including trustee's fee not to exceed 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for a period of __60__ months: In the event the Trustee does not collect the full 10%, any portion not collected will be paid to creditors' pro-rata under the plan:

    A.    $ __191.90__ for months __1__ to __60__ ;
    B.    $ _____ for months _____ to _____ ;
    C.    $ _____ for months _____ to _____ in order to pay the following creditors:

Administrative:    Attorney's Fee   $ 2,500.00
                           TOTAL PAID   $ 2,000.00
                           Balance Due    $ 500.00 payable $ 41.67 month (Months __1__ to __12__ )

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. § 1325 (a)(5)] Mortgages(s)/Liens on Real or Personal Property:

1. n/a                                                    Arrearage on Petition Date $ _____
Address _____                        Arrears Payment $_____/month (Months____ to ___)
         _____                        Arrears Payment $_____/month (Months____ to ___)
         _____                        Regular Payment $_____/month (Months____ to ___)

2. _____                              Arrears Payment $_____
   _____                              Arrears Payment $_____/month (Months____ to ___)
   _____                              Regular Payment $_____/month (Months____ to ___)
                                                           Arrears Payment $_____/month (Months___ to ___)

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION (UTILIZING LOCAL FORM MOTION TO VALUE COLLATERAL IN PLAN) WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Value of Collateral | Rate of Interest | Plan Payments | Months of Payments | Total Plan Payments |
|---|---|---|---|---|---|
| Chase Home Finance<br>Loan No. xxxx3268<br>Prop Add: 4680 W 13th Lane #316<br>Hialeah, FL 33012 | $72,040.00 | 0% | N/A | N/A | N/A |

    Priority Creditors: [as defined in 11 U.S.C. §507]

1. n/a                                                    Total Due $ _____
                                                           Payable $_____/month (Months____ to ___)

Unsecured Creditors: Pay $ 131.04 month (Months __1__ to __12__ ). Pay $172.71/mo (Mos 13 to 60)

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above : The debtors are paying Seterus (Loan No. xxx7112) and Westland South Condo Inc (Acct No. W5316) directly outside the plan. The debtors will provide copies of their income tax return to the chapter 13 trustee on or before May 15 during the pendency of the plan. The debtors will amend schedules I and J and modify the plan if necessary.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

/s/ Robert Sanchez, Esq.
Attorney for debtor
Date: 10/01/12